1  J. MICHAEL MURPHY, ESQ. – SBN 78880
   JOHN H. BURTON III, ESQ. – SBN 236315
2  DANIEL D. HARDY, ESQ. – SBN 240376
   MURPHY, LOGAN & BARDWELL
3  A Professional Law Corporation
   2350 First Street
4  Post Office Box 5540
   Napa, California 94581-0540
5  Telephone: (707) 257-8100
   Facsimile:  (707) 257-6479
6

7  Attorneys for Plaintiff
   Andrews & Thornley Construction, Inc.
8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13

14  ANDREWS & THORNLEY            )   Case No.:  3:10-cv-01745-EMC
    CONSTRUCTION, INC.,           )
15                                )
                                  )
16                Plaintiff,      )   STIPULATION FOR DISMISSAL ; ORDER
           vs.                    )
17                                )
    SIERRA VIEW COMPANY, INC., DOES 1 )
18  through 10,                   )
                                  )
19                Defendants.     )
    _____)

20        IT IS HEREBY STIPULATED by and between the parties to this action through their

21  designated counsel that the above-captioned action be and hereby is dismissed WITH

22  PREJUDICE pursuant to Federal Rule of Civil Procedure 41(1)(a).  Each party will bear its own

23  attorneys' fees and costs.

24                            MURPHY, LOGAN & BARDWELL

25

26  Dated: July 29, 2010         By: _____

27                                   Daniel D. Hardy, Attorney for Plaintiff
                                     Andrews & Thornley Construction, Inc.
28

- 1 -

**STIPULATION OF DISMISSAL**
Case No. 3:10-cv-01745-EMC

1
2          Dated: July 29, 2010              BOUTIN GIBSON DI GUSTO HODELL, INC.
3                                            By:      /s/ *Maralee MacDonald*
4                                            Maralee MacDonald, Attorney for Defendant
                                             Sierra View Company, Inc.
5
6          IT IS SO ORDERED



8          _____
9          Edward M. Chen
           U.S. Magistrate
10         Judge

- 2 -

**STIPULATION OF DISMISSAL**
Case No. 3:10-cv-01745-EMC